## In Re Anonymous No. 36 D.B. 84

Disciplinary Docket Board No. 36 D.B. 84.

## ORDER OF THE BOARD

Daniels, Chairman, March 5, 1985—And now, this March 5, 1985, the report and recommendation of hearing committee [ ] dated November 26, 1984, finding that no violation had been established and that the petition for discipline be dismissed is accepted; and it is ordered and decreed that the charges against [respondent] be dismissed.